# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : Criminal No. 1:10-CR-00210
:
v. :
:
**WILMER ZUNUN-LOPEZ,** :
: (Judge Conner)
        **Defendant** :

## ORDER

      The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and the consequences of his plea and that he voluntarily waives his right to trial. The court finds that the plea has a basis in fact. The court accepts the plea of Guilty to the **Indictment. IT IS ORDERED** that a presentence investigation and preparation of a presentence report are waived and sentencing shall commence immediately.

                        BY THE COURT:

                        S/ Christopher C. Conner
                        CHRISTOPHER C. CONNER
                        United States District Judge

Dated: August 31, 2010